Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ERIC HARR, BRYAN HARR, THOMAS DILORENZO, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMPIO PHARMACEUTICALS, INC., MICHAEL MACALUSO, MARK D. MCGREGOR, GREGORY A. GOULD, VAUGHAN L. CLIFT, <br><br> Defendants. | Case No. 2:15-cv-03474-TJH-PJW <br> (Consolidated with 2:15-cv-03640) <br><br> **CLASS ACTION** <br><br> **NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** <br><br> Judge: Judge Terry J. Hatter, Jr. <br> Courtroom: 9B – First Street <br> Hearing Date: March 6, 2017 <br> Time: UNDER SUBMISSION <br> Action Filed: May 8, 2015 |

**PLEASE TAKE NOTE** that on March 6, 2017, Lead Plaintiff the Harr Family, comprised of Eric and Brian Harr ("Lead Plaintiff"), and Plaintiff Thomas DiLorenzo (collectively with Lead Plaintiff, the "Plaintiffs") will move this Court, the Honorable Terry J. Hatter, Jr., United States District Judge of the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Courtroom 9B on the 9th Floor, Los Angeles, CA 90012, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the settlement between Plaintiffs and Defendants Ampio Pharmaceuticals, Inc., Michael Macaluso, Mark D. McGregor, Gregory A. Gould, and Vaughan L. Clift (the "Defendants"); (c) approving the notice to the Settlement Class of the proposed Settlement; and (d) scheduling a final approval hearing for a date at the Court's convenience.

The Defendants do not oppose the relief requested by this motion.

Dated: January 31, 2017        Respectfully submitted,

                                             **THE ROSEN LAW FIRM, P.A.**
                                             /s/ Laurence M. Rosen
                                             Laurence M. Rosen, Esq. (SBN 219683)
                                             355 S. Grand Avenue, Suite 2450
                                             Los Angeles, CA 90071
                                             Telephone: (213) 785-2610
                                             Facsimile: (213) 226-4684
                                             Email: lrosen@rosenlegal.com

                                             *Lead Counsel for Plaintiffs and the Class*

1

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On January 31, 2017, I electronically filed the foregoing **NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on January 31, 2017

/s/ Laurence M. Rosen
Laurence M. Rosen

2

Notice of Unopposed Motion and Unopposed Motion For Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures - Case No. 2:15-cv-03474-TJH-PJW