# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| ERIC HARR, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> AMPIO PHARMACEUTICALS, INC., *et al.*, <br><br> Defendants. | CV 15-03474 TJH (PJWx) <br><br><br> Order <br><br> [74] |

The Court has considered Plaintiff's motion for preliminary approval of settlement and establishment of notice procedures, together with the moving papers.

As part of the proposed settlement, the parties are seeking conditional class certification. Conditional class certification is no longer allowed under Fed. R. Civ. P. 23(c)(1). *Dukes v. Wal-Mart Stores, Inc.*, 603 F. 3d 571, 579 n.4 (9th Cir. 2010), *rev'd on other grounds*, 564 U.S. 338 (2011). A proposed settlement must stand or fall in its entirety, and a court cannot "delete, modify or substitute certain provisions" that redraft the agreement, or strike portions the court finds problematic. *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1026 (9th Cir. 1998).

1       **It is Ordered**, that Plaintiff's motion for preliminary approval of settlement and
2 establishment of notice procedures be, and hereby is, **Denied**, with leave to renew.

4 Date: February 8, 2017

                                                             **Terry J. Hatter, Jr.**
                                        **Senior United States District Judge**