Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC HARR, BRYAN HARR, THOMAS DILORENZO, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMPIO PHARMACEUTICALS, INC., MICHAEL MACALUSO, MARK D. MCGREGOR, GREGORY A. GOULD, VAUGHAN L. CLIFT,<br><br>    Defendants. | Case No. 2:15-cv-03474-TJH-PJW<br>(Consolidated with 2:15-cv-03640)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Judge: Judge Terry J. Hatter, Jr.<br>Courtroom: 9B – First Street<br>Hearing Date: August 28, 2017<br>Time: 10:00 a.m.<br>Action Filed: May 8, 2015 |

**PLEASE TAKE NOTICE** that pursuant to the Court's Preliminary Approval Order dated April 5, 2017 (Dkt. No. 84), on August 28, 2017, at 10:00 A.M., Lead Plaintiff the Harr Family, comprised of Eric and Bryan Harr ("Lead Plaintiff"), and Plaintiff Thomas DiLorenzo (collectively with Lead Plaintiff, the "Plaintiffs") will move this Court, the Honorable Terry J. Hatter, Jr., United States District Judge of the United States District Court for the Central District of California, First Street U.S. Courthouse, 350 West First Street, Courtroom 9B, Los Angeles, California 90012 for entry of an Order: (a) finally approving the class action settlement and (b) finally approving the plan of allocation of settlement proceeds.

This motion is based on: the accompanying memorandum of points and authorities in support; the Declaration of Laurence M. Rosen In Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Plaintiffs; the Stipulation of Settlement (the "Stipulation")(Dkt. No. 78-1); and all other pleadings and other matters and arguments as the Court may consider at the hearing on this motion

An additional copy of the Parties' [Proposed] Final Judgment and Order of Dismissal With Prejudice is filed herewith.

Dated: July 24, 2017  Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

| | |
|---|---|
| 1 | Phillip Kim (*pro hac vice*) |
| 2 | 275 Madison Avenue, 34th Floor |
| 3 | New York, NY 10016 |
|   | Telephone: (212) 686-1060 |
| 4 | Facsimile: (212) 202-3827 |
| 5 | Email: pkim@rosenlegal.com |
| 6 | *Lead Counsel for Plaintiffs and the Class* |

2

# **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On July 24, 2017, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on July 24, 2017

                                        /s/ *Laurence M. Rosen*
                                        Laurence M. Rosen