# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ERIC HARR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMPIO PHARMACEUTICALS, INC., *et al.*, <br><br> Defendants. | CV 15-03474 TJH (PWJx) <br><br> Order <br><br> JS-6 |

The Court has considered Plaintiffs' motion for attorneys' fees and costs, together with the moving papers.

The stipulated settlement agreement called for an award of attorneys' fees not to exceed 25% of the $3,400,000.00 settlement fund. Plaintiffs, now, move for an award of attorneys' fees of $850,000.00, which is 25% of the settlement fund. The Court approves the requested attorneys' fees as reasonable. *See Staton v. Boeing Co.*, 327 F.3d 983, 968 (9th Cir. 2003).

The Court awards reasonable costs of $ 66,215.85, based on the following

approved reasonable costs:

| | |
|---|---:|
| FDA regulatory expert | $38,250.00 |
| Financial damages and loss causation expert | 4,925.00 |
| Private investigator from 360 IQ, Inc. | 2,406.25 |
| Private investigator from On Point Investigations, LLC | 6,137.50 |
| Mediation | 10,446.67 |
| Online research | 1,214.75 |
| Filing fee | 400.00 |
| FedEx and postage | 103.45 |
| Airfare | 1,358.30 |
| Hotel | 648.36 |
| Taxi | 101.57 |
| Printing | 224.00 |

The parties stipulated settlement called for an incentive award of up to $5,000.00 for each named Plaintiff. Plaintiffs, now, seek an incentive award of $5,000.00 for each of the three named Plaintiffs – Eric Harr, Bryan Harr and Thomas DiLorenzo. The Court approves the incentive awards. *See Staton*, 327 F.3d at 976.

The above fees, costs and awards shall be paid out of the settlement fund.

IT IS SO ORDERED.

Date: September 29, 2017

_____
Terry J. Hatter, Jr.
Senior United States District Judge